**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ULIAN OHYE-MICHIKO,<br>  aka "Jose Perez,"<br>  aka "Jose Abraham Suchites-Perez,"<br>  aka "Jose Cebrajas,"<br>  aka "Alejandro Barajas,"<br>  aka "William Ohye-Michicko,"<br><br>Defendant. | Case No. 2:26-mj-000064-BNW<br><br>**Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on the 9th day of February, 2026 at the hour of _4___ p.m., be vacated and continued to May 11, 2026 at the hour of  4:00 P.M.  .

DATED this 5th  day of February, 2026.

_____
HON. BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE