# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26-mj-000064-BNW |
| Plaintiff, | **Order Directing Probation to Prepare a Criminal History Report** |
| v. | |
| ULIAN OHYE-MICHIKO,<br> aka "Jose Perez,"<br> aka "Jose Abraham Suchites-Perez,"<br> aka "Jose Cebrajas,"<br> aka "Alejandro Barajas,"<br> aka "William Ohye-Michicko," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 26th day of February, 2026.

_____
UNITED STATES MAGISTRATE JUDGE